UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>                    Plaintiff,<br><br>    v.<br><br>WOLF EXPRESS LLC, et al.,<br><br>                    Defendants. | C21-1481 TSZ<br><br>ORDER |

Plaintiff's counsel, having advised the Court that this matter has been resolved, docket no. 14, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 20th day of December, 2021.

                                                Thomas S. Zilly
                                                United States District Judge

ORDER - 1